IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RODNEY J. MURPHY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:21-CV-805-RAH |
| | ) |
| THE STATE OF ALABAMA, *et.al*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On December 22, 2021, the Magistrate Judge entered a Recommendation (Doc. 6) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. The Plaintiff's Motion for Transfer (Doc. 5) shall be GRANTED; and

3. This case be transferred to the United States District Court for the Southern District of Alabama in accordance with the provisions of 28 U.S.C. § 1404(a).

DONE, on this the 12th day of January, 2022.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE